# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Samuel I. Cox, | Civil No. 21-cv-1776 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Commissioner of Department of Human Services, et al., | |
| Defendants. | |

Samuel I. Cox, 1111 Hwy 73, Moose Lake, MN 55767, Plaintiff Pro Se.

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 13, 2021 [Doc. No. 7]. No objections have been filed in the time period permitted.

Accordingly, and based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Cox's request for a preliminary injunction, Complaint at 5 [Doc. No. 1], is **DENIED** without prejudice.

Date:  January 7, 2022

s/Susan Richard Nelson  
SUSAN RICHARD NELSON  
United States District Judge